IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF OHIO EASTERN
DIVISION

| | | |
|---|---|---|
| SYLVIA JOHNSON-NEWBERRY, | ) | CASE NO. 1:21-CV-01903-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| CLEVELAND PUBLIC LIBRARY, | ) | REPORT OF PARTIES' PLANNING |
| | ) | MEETING UNDER FED. R. CIV. |
| Defendants. | ) | P. 26(f) AND LR 16.3(b)(3) |

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 16:3(b)(3), a meeting was held on

 November 23, 2021  and was attended by:

 Taurean J. Shattuck   counsel for plaintiff(s)       Sylvia Johnson-Newberry    

 Steven Janik    counsel for defendant(s)   Cleveland Public Library    

2. The parties:

___ have not been required to make initial disclosures.

___ have exchanged the pre-discovery disclosures required by Fed. R. Civ. P.

26(a)(1) and the Court's prior order.

X  will exchange such initial disclosures by January 6, 2022.

3. The parties recommend the following track:

879780

\_\_\_  Expedited          \_X\_  Standard

\_\_\_  Administrative     \_\_\_  Complex

\_\_\_  Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

    \_\_\_  Early Neutral Evaluation

    \_X\_  Mediation

    \_\_\_  Arbitration

    \_\_\_  Summary Jury Trial

    \_\_\_  Summary Bench Trial

    \_\_\_  Case not suitable for ADR

5. The parties \_\_\_\_ do/ \_X\_ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636©.

6. Recommended Discovery Plan:

(a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

> The parties intend to seek discovery regarding the allegations in Plaintiff's Complaint and Defendant's defenses thereto. The parties intend to issue written discovery requests and take the depositions of key parties and witnesses. The parties do not anticipate any discovery problems at this time.

879780

(b) The parties (indicate one):

\_\_\_\_\_agree that there will be no discovery of electronically stored information; or

 X   will agree to a method for conducting discovery of electronically stored information; or

\_\_\_\_\_have agreed to follow the default standard for discovery of electronically stored information (Appendix K to Northern District Ohio Local Rules).

(c) Discovery cut-off date: May 27, 2022

7. Recommended dispositive motion date: July 15, 2022

8. Recommended cut-off date for amending the pleadings and/or adding additional Parties January 6, 2022.

9. Recommended date for a Status Hearing: August 19, 2022

879780

10. Other matters for the attention of the Court:

    <u>None at this time</u>

Attorney for Plaintiff(s)  <u>/s/ *Taurean J. Shattuck*</u>

Attorney for Defendant(s)  <u>/s/ *Steven Jankik*</u>

879780