DCM FORM NO. 7
1/1/92

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO
## CASE MANAGEMENT CONFERENCE MINUTE SHEET

**CASE MANAGEMENT CONFERENCE HELD BEFORE** JUDGE DONALD C. NUGENT **ON** DECEMBER 9, 2021
*JUDICIAL OFFICER*

Sylvia Johnson-Newberry.
Plaintiff(s),
v.
Cleveland Public Library,
Defendant(s).

**CASE NO.** 1:21 CV 1903
**Length of Conference:**
**JUDGE:** DONALD C. NUGENT

**DO YOU CONSENT TO THE JURISDICTION OF A MAGISTRATE JUDGE?** YES ☐ NO ☒

**TRACK DESIGNATION:**
Administrative ☐ Expedited ☐ Standard ☒ Complex ☐ Mass Torts ☐

**CASE REFERRED TO ALTERNATIVE DISPUTE RESOLUTION:** YES ☐ NO ☒
**IF YES, BY WHICH ADR PROCESSES:**
Early Neutral Evaluation ☐ Mediation ☐ Arbitration ☐ Summary Jury Trial ☐ Summary Bench Trial ☐
**ADR PROCESS TO BE COMPLETED BY:** _____

**DISCOVERY TYPE AND EXTENT:** Document exchange

**DISCOVERY CUT OFF DATE:** 5/27/22

**MOTIONS CUT OFF DATE:** TBD

**CASE STATUS HEARING SCHEDULED FOR:** 12/28/21 @ 11:00 AM

**NOTES:** CMC held w/ all counsel participating - Planning rpt filed. P claims she was terminated due to racial discrimination - P claims co-worker made derogatory comments & her complaints not adequately investigated. Case near resolution so counsel to contact court.

**Length of Proceeding:** 15 min

*Donald C. Nugent* 12/9/21
**DISTRICT JUDGE**